2:25-cr-00026-NT-2

**Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 FEB 26 P 5: 26

DEPUTY CLERK

| | |
|---|---|
| Name: | Asmo Dol |
| Address: (City & State Only) | Auburn, ME |
| Year of Birth and Age: | 1977, 47 |
| Violations: | Count 1: Conspiracy to Defraud (18 U.S.C. § 371) |
| Penalties: | Count 1: maximum of 5 years imprisonment, and/or $250,000 fine. |
| Supervised Release: | Count 1: maximum of 3 years supervised release. |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count 1: maximum of 2 years imprisonment |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Count 1: maximum of 3 years additional supervised release. |
| Defendant's Attorney: | Unknown |
| Primary Investigative Agency and Case Agent Name: | IRS, Special Agent Joe Durak |
| Detention Status: | Not detained. Summons requested. |
| Foreign National: | No |
| Foreign Consular Notification Provided: | No |
| County: | Androscoggin |
| AUSA: | Sean Green |
| Guidelines apply?  Y/N | Y |
| Victim Case: | Y |
| Corporate Victims Owed Restitution? Y/N | N |
| Assessments: | $100 per count |
| Forfeiture? Y/N | N |