2:25-cr-00026-NT-3

## Synopsis

| | |
|---|---|
| Name: | Rakiya Mohamed |
| Address: (City & State Only) | Auburn, ME |
| Year of Birth and Age: | 1995, 29 |
| Violations: | Count 1: Conspiracy to Defraud (18 U.S.C. § 371)<br>Count 2: Filing a False Tax Return (26 U.S.C. § 7206(1))<br>Count 3: Interfering with the Internal Revenue Laws (26 U.S.C. § 7212(a)) |
| Penalties: | Count 1: maximum of 5 years imprisonment, and/or $250,000 fine.<br>Count 2: maximum 3 years imprisonment, and/or $250,00 fine.<br>Count 3: maximum 3 years imprisonment, and/or $250,00 fine. |
| Supervised Release: | Count 1: maximum of 3 years supervised release.<br>Count 2: maximum of 1 year supervised release.<br>Count 3: maximum of 1 year supervised release. |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count 1: maximum of 2 years imprisonment.<br>Count 2: maximum of 1 year imprisonment.<br>Count 3: maximum of 1 year imprisonment. |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Count 1: maximum of 3 years additional supervised release.<br>Count 2: maximum of 1 year additional supervised release.<br>Count 3: maximum of 1 year additional supervised release. |
| Defendant's Attorney: | Rick Berne |
| Primary Investigative Agency and Case Agent Name: | IRS, Special Agent Joe Durak |
| Detention Status: | Not detained. Contact counsel to arrange initial appearance. |
| Foreign National: | No |
| Foreign Consular Notification Provided: | No |
| County: | Androscoggin |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2025 FEB 26 P 5: 26
DEPUTY CLERK

| | |
|---|---|
| **AUSA:** | Sean Green |
| **Guidelines apply? Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution? Y/N** | N |
| **Assessments:** | $100 per count |
| **Forfeiture? Y/N** | N |