UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Number 25-CR-26-NT |
| | ) | |
| ABDIFATAH ABDI. | ) | |

ENTRY OF APPEARANCE

Peter E. Rodway, Esq., hereby enters his appearance on behalf of Abdifatah Abdi.

Dated at Portland, Maine this 28th day of February, 2025.

/s/Peter E. Rodway, Esq.
Rodway & Horodyski
251 U.S. Route 1, Suite W-18
Falmouth, Maine 04105
(207)773-8449
peter@rodwaylaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

I hereby certify that on February 28, 2025, I electronically filed Entry of Appearance for Defendant Abdiftah Abdi with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney ean Green, and I hereby certify that on February 28, 2025, I e-mailed the document to the following non-registered participant: Mr. Abdifatah Abdi

/s/Peter E. Rodway
Rodway & Horodyski
251 U.S. Route 1, Suite W-18
Falmouth, Maine 04105
(207)773-8449
peter@rodwaylaw.com