**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| ABDIFITAH ABDI aka "Momo" |

No. 2:25-cr-00026-NT

**STIPULATION BETWEEN**
**THE UNITED STATES AND ABDIFITAH ABDI**

The United States of America and defendant Abdifitah Abdi stipulate as follows:

1. On about June 1, 2023, special agents with the Internal Revenue Service-Criminal Investigations hand delivered to Abdifitah Abdi a grand jury subpoena issued on May 24, 2023, and directed to Momo Interpreters. ("Subpoena.")

2. The Subpoena requested records in Momo Interpreters' possession related to Reliable Language Resources.

3. Momo Interpreters retained attorney Peter Rodway of Rodway & Horodyski, P.A. to represent Momo Interpreters in responding to the subpoena.

4. On about August 25, 2023, Rodway produced records to the government in response to the subpoena on behalf of Momo Interpreters. ("Responsive Records.") (USAO-048159 – USAO-049459.) The Responsive Records included Forms 1099 and Forms W-9.

5. Abdi provided the Responsive Records to Rodway for purposes of responding to the Subpoena. Abdi knew that Rodway was going to produce the Responsive Records to the government in response to the Subpoena.

6. Rodway did not alter the Responsive Records he received from Abdi before producing them to the government. The Responsive Records that Rodway produced to the government were the same, or exact copies of, documents Abdi provided to Rodway for purposes of responding to the Subpoena.

7. On about February 25, 2025, a grand jury seated in this district returned an indictment against Abdi and others. Count Four of the indictment charges Abdi with corruptly endeavoring to obstruct and impede the administration of the internal revenue laws, in violation of 26 U.S.C. § 7212(a). Count Four of the indictment alleges, among other things, that Abdi produced false and fraudulent records in response to the Subpoena, including (i) false and fraudulent IRS Forms 1099 claiming that third parties had been paid to interpret for Momo Interpreters when they had not, and (ii) false and fraudulent Forms W-9 from supposed interpreters that were forged and backdated. These allegations relate to the Responsive Records produced in response to the Subpoena.

8. Abdi has retained Rodway to represent him in this case.

9. Abdi is aware that Rodway represented Momo Interpreters in responding to the Subpoena. Rodway has discussed with Abdi any potential conflict created by that representation and has either determined that no conflict exists or signed an informed consent to proceed with Rodway as counsel.

10. Abdi is aware that Rodway cannot act as his lawyer in this case if Rodway is likely to be a necessary witness. Rodway is likely to be a necessary witness if there is any dispute that (1) Abdi provided Rodway with the Responsive

Records, (2) Abdi knew Rodway was going to produce the Response Records to the government in response to the Subpoena, or (3) Rodway produced the Responsive Records to the government without altering them in any way. Abdi does not dispute these facts.

11. Rodway is also likely to be a necessary witness if Abdi asserts a reliance-on-counsel, or advice-of-counsel defense. Abdi does not assert such a defense and there is no factual basis to assert such a defense.

Dated this 2nd day of May, 2025.

                                              Craig M. Wolff
                                              Acting United States Attorney

                                              /s/Sean M. Green
                                              Sean M. Green
                                              Assistant U.S. Attorney

                                              /s/Peter E. Rodway
                                              Peter Rodway, Esq.
                                              Attorney for Abdifitah Abdi