# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDIFITAH ABDI<br>ASMO DOL and<br>RAKIYA MOHAMED | No. 2:25-cr-00026-NT |

## NOTICE OF DISMISSAL AS TO ASMO DOL

The United States dismisses this Indictment as to defendant Asmo Dol without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and with leave of the Court.

Dated this 23rd day of July, 2025, in Portland, Maine.

                Respectfully submitted

                Craig M. Wolff
                Acting United States Attorney

                  /s/Sean M. Green
                Sean M. Green
                Assistant United States Attorney
                100 Middle Street
                Portland, Maine 04101
                Sean.Green2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed this document by ECF on July 23, 2025, thereby causing service to be made on all counsel of record.

                  /s/Sean M. Green
                Sean M. Green
                Assistant United States Attorney