# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 2:25-cr-00026-NT-2 |
| ) | |
| ASMO DOL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISCHARGE

A Notice of Dismissal having been filed by the Government, it is therefore adjudged that the defendant, ASMO DOL, is hereby

DISCHARGED of all counts as charged in the Indictment, pursuant to Federal Rule of Criminal Procedure 48(a).

/s/ Nancy Torresen
U.S. District Judge

Dated this 24th day of July, 2025.