UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                      ) | Crim. No. 2:25-cr-00026-JAW |
| ASMO DOL                ) | |

**NOTICE OF WITHDRAWAL OF MOTION**
(As to Defendant Asmo Dol Only)

Bright Future Healthier You LLC, by and through undersigned counsel appearing solely for purposes of its previously filed Motion of Bright Future Healthier You LLC, an Uncharged Entity, to Strike Prejudicial References from the Indictment or, in the Alternative, for Clarifying Relief (ECF No. 57), hereby withdraws that motion as to Defendant Asmo Dol only. This filing is administrative in nature and does not request substantive relief.

Upon review of the docket and communication with the Clerk's Office, counsel has learned that the case against Defendant Asmo Dol was previously dismissed and closed as to that defendant. Bright Future Healthier You, LLC therefore withdraws its motion as to Defendant Dol to avoid unnecessary docket activity relating to a defendant no longer participating in this matter.

This withdrawal is limited solely to Defendant Asmo Dol. Bright Future Healthier You, LLC does not withdraw and continues to pursue its Motion (ECF No. 57) in all other respects.

Respectfully submitted,                                    Dated: February 25, 2026

/s/ Michael J. Conley
Michael J. Conley, Esq.
Zerillo Law Office
1250 Forest Ave., Suite 3A
Portland, ME 04103
Telephone: (207) 618-6555
Email: michael@zerillolaw.com
Counsel for Bright Future Healthier You LLC
(appearing solely for purposes of ECF No. 57)

Case 2:25-cr-00026-JAW Document 63 Filed 02/25/26 Page 2 of 2 PageID #: 185