## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RAKIYA MOHAMED

No. 2:25-cr-00026-JAW

### PROSECUTION VERSION FOR RAKIYA MOHAMED

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt based on admissible evidence, including tax returns and other IRS records, bank records, and witness testimony:

Rakiya Mohamed was a resident of Auburn, Maine. Reliable Language Resources LLC was a business registered in the state of Maine and owned by Mohamed.

### COUNT TWO

On about March 4, 2019, Mohamed caused to be filed with the IRS her Individual Income Tax Return (Form 1040) for 2018. Mohamed reported the income and expenses for Reliable Language Resources on a schedule (Schedule C) included with her tax return. She falsely and fraudulently reported that Reliable Language Resources paid $135,505 for "Contract labor" in 2018. In truth, as the defendant knew, these numbers materially overstated Reliable Language Resources' expenses. Mohamed signed the tax return under penalty of perjury.

### COUNT THREE

On about July 12, 2020, Mohamed caused to be filed with the IRS her Individual Income Tax Return (Form 1040) for 2019. Mohamed reported the income and expenses for Reliable Language Resources on a schedule (Schedule C) included in her tax return. She falsely and fraudulently reported that Reliable Language Resources paid $41,432 for

"Contract labor," and $279,574 for "Office expense." In truth, as the defendant knew, these numbers materially overstated Reliable Language Resources' expenses. Mohamed signed the tax return under penalty of perjury.

Mohamed's 2018 and 2019 tax returns were audited by the IRS. As part of the audit, IRS auditors requested documents from Mohamed substantiating the expenses reported as "contract labor" and "office expenses" for Reliable Language Resources. Mohamed, through her powers of attorney, produced to the IRS Forms 1099-MISC purportedly issued to others who were supposedly paid as independent contractors for Reliable Language Resources. This included Forms 1099-MISC showing the following supposed payments:

| YEAR | PAYER | PAYEE | AMOUNT |
|------|-------|-------|--------|
| 2018 | Reliable Language Resources | S.E. | $13,050 |
| 2018 | Reliable Language Resources | K.A. | $14,689 |
| 2018 | Reliable Language Resources | J.A. | $14,570 |
| 2018 | Reliable Language Resources | A.D. | $14,015 |
| 2018 | Reliable Language Resources | L.M. | $4350 |
| 2019 | Reliable Language Resources | H.S. | $10,362 |
| 2019 | Reliable Language Resources | S.M. | $14,320 |
| 2019 | Reliable Language Resources | N.I. | $14,265 |

In truth, as Mohamed knew, Reliable Language Resources had not made these payments and the supposed payees had not provided any services for Reliable Language Resources. Mohamed also produced to auditors handwritten receipts and checks for expenses that were not in fact incurred or paid by Reliable Language Resources.

Dated this 27th day of February, 2026, in Portland, Maine.

Respectfully submitted

ANDREW B. BENSON
United States Attorney

  /s/Sean M. Green
Sean M. Green
Assistant United States Attorney
100 Middle Street
Portland, Maine 04101
Sean.Green2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I filed this document by ECF on February 27, 2026, thereby causing service to be made on all counsel of record.

  /s/Sean M. Green
Sean M. Green
Assistant United States Attorney