# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | DOCKET No. 2:25-cr-26-JAW |
| VS. ) | |
| ) | |
| ) | |
| ABDIFITAH ABDI. ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES Defendant Abdifitah Abdi, by and through Counsel, and hereby requests to continue trial to the June 2026 trial list for the following reasons:

Mr. Abdi is charged by indictment with conspiracy to defraud the United States (18 USC § 371), and Corrupt Endeavor to Obstruct and Impede the Administration of the Internal Revenue Laws (26 USC § 7212(a)), for events allegedly occurring on or between January 2018 through December 2022 and on or between June 1, 2023, and August 25, 2023, respectively. Mr. Abdi is presently on the April 2026 trial list.

Undersigned Counsel entered her notice of appearance in this matter on January 5, 2026. The discovery in this matter is voluminous. Undersigned Counsel has not had sufficient opportunity to fully review the discovery and complete her investigation of this matter. Therefore, Mr. Abdi seeks to continue this matter to the June 2026 trial list.

Mr. Abdi is aware of his rights under the Speedy Trial Act, 18 U.S.C. §3161, that this motion will result in the exclusion of the enlarged periods from consideration under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(A) and knowingly and voluntarily waives his speedy trial rights. There is no prejudice to the granting of this motion as to either the Government or the

1

defendant. Thoroughly reviewing the evidence, completion of any necessary investigation, and ensuring sufficient time to confer with Counsel is essential to his effective defense.

Assistant United States Attorney Sean Green has been contacted and has no objection to this motion or the timeframe requested herein.

For the foregoing reasons, Mr. Abdi respectfully requests that this Honorable Court grant this Motion to Continue Trial and schedule this matter for the June 2026 trial list.

Dated: March 5, 2026   /s/ Amber L. Tucker
Amber L. Tucker, Esq.
75 Pearl St., Ste. 440
P.O. Box 7542
Portland, ME 04112
(207) 553-0399
amber@ambertucker.com

## CERTIFICATE OF SERVICE

I hereby certify that **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL** has been filed with the Court on this date, using the CM/ECF system which will send notice of electronic filing to all parties and/or counsel of record.

Dated: March 5, 2026   /s/ Amber L. Tucker, Esq.
Amber L. Tucker, Esq.
75 Pearl St., Ste. 440
P.O. Box 7542
Portland, ME 04112
(207) 553-0399
amber@ambertucker.com