## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                    No. 2:25-cr-00026-JAW

ABDIFITAH ABDI aka "Momo"

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States in the above-entitled

case.  All future filings and notices should also be sent to the undersigned.

Dated:  August 4, 2026                ANDREW B. BENSON
                                      United States Attorney

                                      */s/ Sarah A. Kiewlicz*
                                      Sarah A. Kiewlicz
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      100 Middle Street
                                      Portland, Maine 04101
                                      (207) 780-3257
                                      Sarah.kiewlicz2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I caused the filing of the foregoing notice of appearance with the Clerk of Court, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system.

/s/ Sarah A. Kiewlicz
Sarah A. Kiewlicz
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Sarah.kiewlicz2@usdoj.gov